UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-311 JVS (ANx)                         Date  April 1, 2010

Title  James v. America's Servicing Company

Present: The Honorable  James V. Selna

Karla J. Tunis                                          Not Present
Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

     Defendant Deutsche Bank National Trust Company ("Deutsche Bank") removed the instant action on the basis of federal questions jurisdiction, 28 U.S.C. § 1331. (Notice of Removal, ¶ 1.) Purportedly, the plaintiff asserts claims under 15 U.S.C. § 1639(a) and 1640(e). However, the Complaint itself makes no reference to these federal statutes or any other. Rather, plaintiff Diane Elizabeth James ("James") simply asserts a claim for specific performance.

     James seeks to compel specific performance of a Forbearance Agreement. This contract-based claim does not implicate federal law either expressly or impliedly. The Court declines to read into the present Complaint the federal claims which James advanced in her earlier action. (Notice of Removal, ¶ 5.)

     Deutsche Bank is ordered to show cause in writing within ten days why the matter should not be remanded to the Superior Court for the State of California, County of Orange for want of jurisdiction.

00 : 00

Initials of Preparer   kjt